B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### District of Massachusetts

| | | | |
|---|---|---|---|
| In re | **Robert N. Lupo** | Case No. | **09-21945** |
| | Debtor(s) | Chapter | **11** |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,662,326.16** | **Estimated income from rental properties** |
| **$48,000.00** | **Estimated income from The Piano Man, Inc.** |

#### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

2

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Exhibit 3b** | | | |

None ☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **The Piano Man, Inc.** | **9/24/2009** | **$424.09** | **$0.00** |
| **The Piano Man, Inc.** | **11/6/09** | **$2,650.00** | **$0.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Melissa Owens v. Robert Lupo Small Claims Docket No. 09SC-1476** | **Collection** | | **Asserted claim for return of security deposit** |
| **Rockland Trust Co. v. Robert Lupo** | **Civil** | **Middlesex Superior Court MICV2009-02605 RE: property located at 91 Felton Street, Waltham, MA** | **Pending** |
| **Rockland Trust Co. v. Robert Lupo** | **Civil** | **Middlesex Superior Court MICV2009-2609 RE: property located at 719-723 Main St., Waltham, MA** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Rockland Trust Co. v. Robert Lupo | Civil | Middlesex Superior Court MICV2009-2610 RE: property located at 22 Felton Street, Waltham, MA | Pending |
| Rockland Trust Co. v. Robert Lupo | Civil | Middlesex Superior Court MICV2009-2611 RE: property located at 45 South Street, Waltham, MA | Pending |
| Rockland Trust Co. v. Robert Lupo | Civil | Middlesex Superior Court MICV2009-2612 RE: property located at 30-32 Dartmouth St., Waltham, MA | Pending |
| Robert Lupo v. Rockland Trust Co. | Civil | Suffolk Superior Court SUCV09-3183 | Pending |
| Robert Lupo v. Wells Fargo | Foreclosure | Middlesex Superior Court MICV2009-3650 RE: Property located at 236 Linwood Avenue, Newton, MA | Settled |
| Wells Fargo v. Robert Lupo | Foreclosure | Middlesex Superior Court MICV2009-397566 RE: property located at 236 Linwood Ave, Newton, MA | Settled |
| BAC Home Loan Servicing LP f/k/a Countrywide Home Loans Servicing LP | Foreclosure | | Pending |
| JP Morgan Chase Bank v. Robert Lupo | Foreclosure | | Pending |
| Robert Grimes v. The Piano Man and Robert Lupo | Employment Claims | | Pending |
| Erin Blatti v. The Piano Man | Employment Claims | | Pending |
| Cia Ditomasso | Employment Claims | | Pending |
| Chaiyarerk Kamolsiri v. The Piano Man and Robert Lupo | Employment Claims | | Pending |
| Nehemia v. Lupo and The Piano Man | Employment Claims | Middlesex Superior Court 09-4080A | Pending |
| Vanover v. Lupo | Civil | Newton District Court | Pending |
| Bank of America NA v. Robert Lupo | Action for authority to foreclose mortgage on property located at 19 Davis Raod, Unit E-C16, Acton, Massachusetts | Massachusetts Land Court | |
| Hodges v. The Piano Man and Bob Lupo, 09SC-1504 | | Waltham District Court, Small Claims Session | |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**5. Repossessions, foreclosures and returns**

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Hanify & King, P.C. One Beacon Street Boston, MA 02108** | **12/9/2009** | **$25,000** |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Verdolino & Lowey**<br>**Pine Brook Office Park**<br>**124 Washington Street**<br>**Foxboro, MA 02035** | **12/9/2009** | **$10,000** |

#### 10. Other transfers

None
■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None
■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None
☐  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Citizens Bank**<br>**28 State Street**<br>**Boston, MA 02109** | **Debtor, Non-Debtor Spouse** | **Documents, $100 cash** | |

#### 13. Setoffs

None
■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                NAME USED                                DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|                          | NAME AND ADDRESS OF        | DATE OF        | ENVIRONMENTAL |
| SITE NAME AND ADDRESS    | GOVERNMENTAL UNIT          | NOTICE         | LAW           |

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|                          | NAME AND ADDRESS OF        | DATE OF        | ENVIRONMENTAL |
| SITE NAME AND ADDRESS    | GOVERNMENTAL UNIT          | NOTICE         | LAW           |

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF      |                            |                          |
| GOVERNMENTAL UNIT        | DOCKET NUMBER              | STATUS OR DISPOSITION    |

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Piano Man, Inc.** | 04-3218366 | **719 Main Street Waltham, MA 02454** | | |
| **Lupo & Associates** | | | **\*Corporate status not presently recognized because of delays in filing annual reports** | |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Rucci, Bardaro & Barrett PC 420 Bedford Street #270 Lexington, MA 02420** | **9/09 - 11/09** |
| **Morris & Morris, PC 32 Kearney Road Needham Heights, MA 02494** | **1994 - 2009** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                                DATES SERVICES RENDERED

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Rucci, Bardaro & Barrett PC** | **420 Bedford Street**<br>**#270**<br>**Lexington, MA 02420** |

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ____1/4/10_____          Signature _____

                                                    Robert N. Lupo
                                                    Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# EXHIBIT 3B

| Bank Acct | Type | Date | Name | Amount |
|---|---|---|---|---|
| 3579 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/07/2009 | A. DeAngelis Plumbing & Heating Co.,Inc. | 2,677.00 |
| 3480 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/04/2009 | A-CAL Copiers,INC. | 128.18 |
| 3471 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/03/2009 | Advanced Beacon, Inc.(electricians) | 1,090.00 |
| 3568 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/03/2009 | Alliance Capital Funding Group, LLC | 2,000.00 |
| 3313 6102 - RTN Value checking 510920-2 | Check | 09/17/2009 | American Express | 750.00 |
| 3414 6102 - RTN Value checking 510920-2 | Check | 10/15/2009 | American Express | 2,000.00 |
| 3525 6102 - RTN Value checking 510920-2 | Check | 11/16/2009 | American Express | 2,000.00 |
| 3570 6102 - RTN Value checking 510920-2 | Check | 12/03/2009 | American Express | 1,000.00 |
| | | | Amica | 1,200.00 |
| 3433 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/26/2009 | Arc Welding Co., Inc. | 110.63 |
| 3522 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/13/2009 | ASAP Enviornmental Inc. | 387.50 |
| 3581 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/07/2009 | ASAP Enviornmental Inc. | 387.50 |
| 3295 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/11/2009 | ASC - 9938 700 Boston Post Road | 2,309.02 |
| 3368 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/07/2009 | ASC - 9938 700 Boston Post Road | 2,302.25 |
| 3438 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/27/2009 | ASC - 9938 700 Boston Post Road | 2,302.25 |
| 3369 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/07/2009 | ASC - 9956 25 Melville Ave | 1,802.27 |
| 3398 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/13/2009 | ASC - 9956 25 Melville Ave | 1,802.27 |
| 3439 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/27/2009 | ASC - 9956 25 Melville Ave | 1,822.10 |
| 3399 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/13/2009 | AT&T f/n/a Cingular Wireless - 873326546 | 205.02 |
| 3479 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/03/2009 | AT&T f/n/a Cingular Wireless - 873326546 | 282.85 |
| 3561 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/02/2009 | AT&T f/n/a Cingular Wireless - 873326546 | 200.58 |
| | | | AT&T | 210.00 |
| 3327 6102 - RTN Value checking 510920-2 | Check | 09/24/2009 | Bank Service Charges | 25.00 |
| 3328 6102 - RTN Value checking 510920-2 | Check | 09/24/2009 | Bank Service Charges | 25.00 |
| 3329 6102 - RTN Value checking 510920-2 | Check | 09/24/2009 | Bank Service Charges | 25.00 |
| 3524 6102 - RTN Value checking 510920-2 | Check | 11/16/2009 | Bank Service Charges | 25.00 |
| 3529 6102 - RTN Value checking 510920-2 | Check | 11/17/2009 | Bank Service Charges | 10.00 |
| 3530 6102 - RTN Value checking 510920-2 | Check | 11/17/2009 | Bank Service Charges | 10.00 |
| 3528 6102 - RTN Value checking 510920-2 | Check | 11/17/2009 | Bank Service Charges | 25.00 |
| 3531 6102 - RTN Value checking 510920-2 | Check | 11/17/2009 | Bank Service Charges | 25.00 |
| 3532 6102 - RTN Value checking 510920-2 | Check | 11/17/2009 | Bank Service Charges | 25.00 |
| 3533 6102 - RTN Value checking 510920-2 | Check | 11/17/2009 | Bank Service Charges | 25.00 |
| 3540 6102 - RTN Value checking 510920-2 | Check | 11/20/2009 | Bank Service Charges | 75.00 |
| 3365 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/06/2009 | Barry Bros. Disposal (721 Main ST.) | 285.00 |
| 3573 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/03/2009 | Bayview Loan Servicing (10-12 Nathan St.) | 2,350.28 |
| 3550 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/25/2009 | Berry, John | 450.00 |
| 3482 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/04/2009 | BOA - 6381 17 Davis Rd U-A15 | 891.84 |
| 3467 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/02/2009 | BOA - 6415 17 Davis Rd U-C9 | 808.14 |
| 3483 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/04/2009 | BOA -6423 23 Davis Rd U-C11 | 838.33 |
| 3409 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/14/2009 | Bowditch & Dewey, LLP | 3,000.00 |
| 3492 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/05/2009 | Bowditch & Dewey, LLP | 2,000.00 |
| 3500 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/09/2009 | Bowditch & Dewey, LLP | 5,947.75 |
| 3520 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/12/2009 | Brian MacDonald (Plumbing) | 325.00 |
| 3389 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/09/2009 | Briabrook 17D-A15 | 355.79 |
| 3454 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/31/2009 | Briabrook 17D-A15 | 355.79 |

| Account | Type | Date | Payee / Description | Amount |
|---|---|---|---|---|
| 3507 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/10/2009 | Briatbrook 17D-A15 | 355.79 |
| 3390 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/09/2009 | Briatbrook 17D-B08 | 268.30 |
| 3455 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/31/2009 | Briatbrook 17D-B08 | 268.30 |
| 3508 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/10/2009 | Briatbrook 17D-B08 | 268.30 |
| 3391 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/09/2009 | Briatbrook 17D-C09 | 268.30 |
| 3456 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/31/2009 | Briatbrook 17D-C09 | 268.30 |
| 3509 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/10/2009 | Briatbrook 17D-C09 | 268.30 |
| 3393 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/09/2009 | Briatbrook 19E-C16 | 557.52 |
| 3457 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/31/2009 | Briatbrook 19E-C16 | 333.92 |
| 3510 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/10/2009 | Briatbrook 19E-C16 | 333.92 |
| 3392 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/09/2009 | Briatbrook 23F-C11 | 290.18 |
| 3458 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/31/2009 | Briatbrook 23F-C11 | 290.18 |
| 3511 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/10/2009 | Briatbrook 23F-C11 | 290.18 |
| 3332 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/28/2009 | Budget Installment Corp./ workmans comp | 211.42 |
| 3434 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/26/2009 | Budget Installment Corp./ workmans comp | 201.35 |
| 3578 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/04/2009 | Budget Installment Corp./ workmans comp | 211.42 |
| 3485 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/04/2009 | Central Maine Power | 61.43 |
| 3505 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/10/2009 | Central Maine Power | 186.08 |
| 3287 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/11/2009 | Chisari, Tony (Keystone Carpentry) | 1,311.76 |
| 3350 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/05/2009 | Chisari, Tony (Keystone Carpentry) | 704.22 |
| 3381 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/08/2009 | Chisari, Tony (Keystone Carpentry) | 400.00 |
| 3394 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/09/2009 | Chisari, Tony (Keystone Carpentry) | 600.00 |
| 3395 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/12/2009 | Chisari, Tony (Keystone Carpentry) | 300.00 |
| 3404 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/14/2009 | Chisari, Tony (Keystone Carpentry) | 1,500.00 |
| 3419 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/16/2009 | Chisari, Tony (Keystone Carpentry) | 1,175.00 |
| 3424 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/21/2009 | Chisari, Tony (Keystone Carpentry) | 500.00 |
| 3429 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/23/2009 | Chisari, Tony (Keystone Carpentry) | 2,000.00 |
| 3435 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/26/2009 | Chisari, Tony (Keystone Carpentry) | 1,412.50 |
| 3444 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/28/2009 | Chisari, Tony (Keystone Carpentry) | 1,000.00 |
| 3468 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/02/2009 | Chisari, Tony (Keystone Carpentry) | 1,075.00 |
| 3504 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/09/2009 | Chisari, Tony (Keystone Carpentry) | 1,150.00 |
| 3501 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/09/2009 | Chisari, Tony (Keystone Carpentry) | 3,000.00 |
| 3527 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/17/2009 | Chisari, Tony (Keystone Carpentry) | 1,250.00 |
| 3549 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/25/2009 | Chisari, Tony (Keystone Carpentry) | 850.00 |
| 3553 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/30/2009 | Chisari, Tony (Keystone Carpentry) | 1,150.00 |
| 3584 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/07/2009 | Chisari, Tony (Keystone Carpentry) | 800.00 |
| 3503 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/09/2009 | Cincotta, Carl | 203.00 |
| 3506 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/10/2009 | CNA Surety | 50.00 |
| 3396 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/13/2009 | Comcast (87731022290743709) | 544.96 |
|  |  |  | Comcast | 390.00 |
| 3319 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/21/2009 | Commonwealth Of Massachusetts | 100.00 |
| 3348 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/02/2009 | Crystal L Pirozzi | 1,520.00 |
| 3469 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/02/2009 | Crystal L Pirozzi | 1,340.00 |
| 3566 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/02/2009 | Crystal L Pirozzi | 1,700.00 |
| 3572 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/03/2009 | Daly Electric, Inc. | 342.64 |
| 3488 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/05/2009 | Daniel J. Finn | 250.00 |

| Account | Type | Date | Payee | Amount |
|---|---|---|---|---|
| 3452 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/30/2009 | Dead River Company | 389.66 |
| 3288 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/11/2009 | Desrochers, Robert M.(son) | 420.00 |
| 3315 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/18/2009 | Desrochers, Robert M.(son) | 408.00 |
| 3289 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/11/2009 | Desrochers, Robert A. | 435.00 |
| 3316 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/18/2009 | Desrochers, Robert A. | 522.00 |
| 3499 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/07/2009 | Dictronics | 232.00 |
| 3317 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/18/2009 | Federico, Chris | 260.00 |
| 3413 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/15/2009 | Federico, Chris | 90.00 |
| 3496 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/06/2009 | Fiore, Robert | 261.98 |
| 3309 6102 - RTN Value checking 510920-2 | Check | 09/16/2009 | Garrity,Levin and Muir LLP/Arthur Garrity | 1,200.00 |
| 3426 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/22/2009 | Garrity,Levin and Muir LLP/Arthur Garrity | 4,000.00 |
| 3588 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/08/2009 | Garzona, Manuel (tenant @ 45A South St.) | 217.16 |
| 3380 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/08/2009 | Gillis and Bikofsky,P.C. | 1,000.00 |
| 3318 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/19/2009 | Grimes, Robert | 300.00 |
| 3347 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/02/2009 | Howard Rock | 3,300.00 |
| 3410 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/14/2009 | James Devaney Fuel Co., Inc.(25 Mel.) | 770.56 |
| 3474 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/03/2009 | James Devaney Fuel Co., Inc.(25 Mel.) | 650.00 |
| 3571 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/03/2009 | James Devaney Fuel Co., Inc.(25 Mel.) | 110.00 |
|  |  |  | Joe Lazarek | 1,500.00 |
| 3349 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/05/2009 | Jonny Harding ( Fixits) | 809.11 |
|  |  |  | Kenneth Quatt | 350.00 |
| 3498 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/06/2009 | Liberty Mutual Insurance Group(MC Prop) | 17.00 |
| 3292 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/11/2009 | Litton Loan Servicing 18-20 Vernon St. | 2,420.56 |
| 3374 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/07/2009 | Litton Loan Servicing 18-20 Vernon St. | 2,420.56 |
| 3303 6102 - RTN Value checking 510920-2 | Transfer | 09/11/2009 | Lupo, Robert N | 500.00 |
| 3490 6102 - RTN Value checking 510920-2 | Check | 11/05/2009 | Lupo, Robert N | 1,200.00 |
| 3563 6102 - RTN Value checking 510920-2 | Check | 12/02/2009 | Lupo, Robert N | 10,000.00 |
| 3353 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/05/2009 | Lyons Fuel, Inc. (80217) 26-30 School Ave | 249.00 |
| 3449 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/29/2009 | Lyons Fuel, Inc. (80217) 26-30 School Ave | 378.62 |
| 3475 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/03/2009 | Lyons Fuel, Inc. (80217) 26-30 School Ave | 85.00 |
| 3539 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/19/2009 | Lyons Fuel, Inc. (80217) 26-30 School Ave | 275.94 |
| 3308 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/15/2009 | Lyons Fuel, Inc.( 80152 )45 South St. | 163.94 |
| 3421 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/19/2009 | Lyons Fuel, Inc.( 80152 )45 South St. | 65.00 |
| 3513 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/10/2009 | Lyons Fuel, Inc.( 80152 )45 South St. | 575.79 |
| 3543 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/23/2009 | Lyons Fuel, Inc.( 80152 )45 South St. | 204.02 |
| 3304 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/14/2009 | Lyons Fuel, inc.(090094) 25 Melville Ave. | 569.38 |
| 3325 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/24/2009 | Lyons Fuel, inc.(090094) 25 Melville Ave. | 119.86 |
| 3516 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/11/2009 | Lyons Fuel, inc.(090094) 25 Melville Ave. | 433.07 |
| 3430 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/23/2009 | Lyons Fuel, Inc.(090154)20B Vernon St. | 169.36 |
| 3448 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/29/2009 | Lyons Fuel, Inc.(090154)20B Vernon St. | 647.08 |
| 3538 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/19/2009 | Lyons Fuel, Inc.(090154)20B Vernon St. | 176.15 |
| 3558 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/01/2009 | Lyons Fuel, Inc.(090248)18A Vernon St. | 551.23 |
| 3559 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/01/2009 | Lyons Fuel, Inc.(090249)18B Vernon St. | 500.20 |
| 3425 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/21/2009 | Lyons Fuel,Inc. (080245)91 Felton St | 658.04 |
| 3544 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/23/2009 | Lyons Fuel,Inc. (080245)91 Felton St | 1,299.76 |
| 3428 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/22/2009 | Lyons fuel,Inc. (080421)32A Dartmouth | 159.37 |

| Account | Type | Date / Description | Amount |
|---|---|---|---|
| 3326 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/24/2009 Lyons Fuel,Inc. (81064)20A Vernon St. | 85.00 |
| 3415 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/15/2009 Lyons Fuel,Inc.( 80190)60-62 Orange St. | 619.01 |
| 3422 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/19/2009 Lyons Fuel,Inc.( 80190)60-62 Orange St. | 24.77 |
| 3447 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/29/2009 Lyons Fuel,Inc.( 80190)60-62 Orange St. | 672.66 |
| 3514 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/10/2009 Lyons Fuel,Inc.( 80190)60-62 Orange St. | 403.92 |
| 3545 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/23/2009 Lyons Fuel,Inc.( 80190)60-62 Orange St. | 465.74 |
| 3442 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/27/2009 Lyons Fuel,Inc.(90021)89 Sudbury Rd. | 507.21 |
| 3335 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/29/2009 Lyons Fuel. Inc. (80197)110-12 Nathan Rd. | 690.05 |
| 3515 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/10/2009 Lyons Fuel. Inc. (80197)110-12 Nathan Rd. | 288.03 |
| 3546 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/23/2009 Lyons Fuel. Inc. (80197)110-12 Nathan Rd. | 145.54 |
| 3402 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/14/2009 Magestic Cleaning Co. (Melvin Lopez) | 125.00 |
| 3517 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/12/2009 Magestic Cleaning Co. (Melvin Lopez) | 400.00 |
| 3486 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/05/2009 Maine Coast Mowing | 350.00 |
| 3290 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/11/2009 Mark Whalen Photography | 319.00 |
| 3291 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/11/2009 Meredith Village Savings Bank | 481.44 |
| 3367 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/07/2009 Meredith Village Savings Bank | 481.44 |
| 3477 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/03/2009 Meredith Village Savings Bank | 446.43 |
| 3585 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/07/2009 Meredith Village Savings Bank | 446.43 |
| 3379 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/08/2009 Merrimack Mutual Fire Ins Co (Davis Rd.) | 122.00 |
| 3385 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/09/2009 Morgan, Gregory | 400.00 |
| 3445 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/29/2009 Morgan, Gregory | 665.00 |
| 3476 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/03/2009 Morgan, Gregory | 75.00 |
| 3491 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/05/2009 Morgan, Gregory | 655.00 |
| 3443 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/28/2009 Morris & Morris, P.C. | 500.00 |
| 3403 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/14/2009 National Grid - (31150) (S2)721 Main St | 928.27 |
| 3355 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/06/2009 National Grid (15010) 60 ORANGE ST (HSE) | 371.00 |
| 3401 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/14/2009 National Grid (31120)(S1) 721 Main St. | 883.07 |
| 3400 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/14/2009 National Grid (31420) (S3)721 MAIN STREET | 469.43 |
| 3565 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/02/2009 Neu Real Estate | 700.00 |
| 3555 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/01/2009 Noel, Auguste | 480.00 |
| 3361 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/06/2009 NSTAR (2214-372-1003)721 MAIN ST 204 | 381.70 |
| 3366 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/07/2009 NSTAR (2214-373-1002)721 MAIN ST R206 | 255.00 |
| 3406 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/14/2009 NSTAR (2214-376-1009)721 MAIN ST 201 | 490.51 |
| 3450 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/29/2009 NSTAR (2338-043-1041)45A SOUTH ST | 350.22 |
| 3382 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/09/2009 NSTAR (2397-954-1002)60 ORANGE ST PUB | 327.63 |
| 3356 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/06/2009 NSTAR (2499-965-1003)26-30 SCHOOL AVE | 1,080.95 |
| 3352 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/05/2009 NSTAR (2606 407 1017 ) 91 felton st | 812.35 |
| 3489 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 11/05/2009 NSTAR (2606 407 1017 ) 91 felton st | 812.34 |
| 3577 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 12/04/2009 NSTAR (2606 407 1017 ) 91 felton st | 812.34 |
| 3362 6102 - RTN Value checking 510920-2 | General Journal | 10/06/2009 Nstar (2606-561-1001) 719 Main St. | 1,987.14 |
| 3297 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/11/2009 NSTAR (2606-565-1007)723 MAIN ST REAR | 365.99 |
| 3405 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/14/2009 NSTAR (2606-566-1006)721 MAIN 2A | 542.11 |
| 3360 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/06/2009 NSTAR (2606-567-1005)721 MAIN 3A | 489.53 |
| 3302 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 09/11/2009 NSTAR (2613-350-1010)22 FELTON STREET | 1,784.69 |
| 3357 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/06/2009 NSTAR( 2397 957 1082)60B Orange St. | 152.87 |
| 3383 6102 - RTN Value checking 510920-2 | Bill Pmt -Check | 10/09/2009 NSTAR( 2397 957 1082)60B Orange St. | 94.15 |

| Num | Account | Type | Date | Name | Amount |
|---|---|---|---|---|---|
| 3470 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 11/02/2009 | NSTAR(2080 963 1094)25 Melville Ave. NSTAR | 245.22 |
| 3387 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/09/2009 | NW Pest Control Inc | 500.00 |
| 3436 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/27/2009 | P.J. Floor Sanding | 150.00 |
| 3481 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 11/04/2009 | Peerless Insurance Company (Antique cars) | 400.00 |
| 3312 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 09/17/2009 | Pringle, Thomas | 1,076.00 |
| 3364 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/06/2009 | Quincy Mutual Fire Ins. Co.(BO106799) | 150.00 |
| 3519 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 11/12/2009 | Rando, George | 1,135.75 |
| 3420 | 6102 · RTN Value checking 510920-2 | Check | 10/17/2009 | Robert N. Lupo | 112.50 |
| 3370 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/07/2009 | Roto Rooter Services Co. | 600.00 |
| 3299 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 09/11/2009 | RTN Federal Credit Union #144 | 250.00 |
| 3340 | 6102 · RTN Value checking 510920-2 | Check | 09/30/2009 | RTN Federal Credit Union (#171 89 Sud. ) | 904.08 |
| 3345 | 6102 · RTN Value checking 510920-2 | Check | 10/02/2009 | RTN Federal Credit Union Auto W/D | 4,793.71 |
| 3300 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 09/11/2009 | RTN Federal Credit Union Loan #152 bl.rt. | 2,933.80 |
| 3472 | 6102 · RTN Value checking 510920-2 | Check | 11/03/2009 | RTN Federal Credit Union Loan #152 bl.rt. | 954.48 |
| 3560 | 6102 · RTN Value checking 510920-2 | Check | 12/02/2009 | RTN Federal Credit Union Loan #152 bl.rt. | 2,933.80 |
| 3339 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 09/30/2009 | RTN Loan# 172  221 Tower Road | 4,122.68 |
| 3451 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/30/2009 | RTN Loan# 172  221 Tower Road | 4,122.68 |
| 3552 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 11/30/2009 | RTN Loan# 172  221 Tower Road | 4,122.68 |
|  | 6102 · RTN Value checking 510920-2 |  |  | RTN (Sudbury Road mortgage payments) | 7,824.00 |
| 3354 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/06/2009 | Rucci, Bardaro & Barrett P.C. | 7,000.00 |
| 3493 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 11/06/2009 | Rucci, Bardaro & Barrett P.C. | 7,000.00 |
| 3548 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 11/24/2009 | Rucci, Bardaro & Barrett P.C. | 7,000.00 |
|  | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/22/2009 | Rucci, Bardaro & Barrett P.C. | 7,000.00 |
| 3320 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 09/21/2009 | Russo, Nick | 105.00 |
| 3311 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 09/16/2009 | Sacco & Biddeford Savings Institution | 1,917.97 |
| 3372 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/07/2009 | Sacco & Biddeford Savings Institution | 1,917.97 |
| 3478 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 11/03/2009 | Sacco & Biddeford Savings Institution | 1,917.97 |
| 3333 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 09/28/2009 | Sears (repair center) | 239.70 |
| 3375 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/07/2009 | Sears (repair center) | 129.00 |
| 3305 | 6102 · RTN Value checking 510920-2 | Check | 09/14/2009 | Sherman Lock Inc. | 262.13 |
| 3377 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/08/2009 | Sherman Lock Inc. | 12.75 |
| 3384 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/09/2009 | Sherman Lock Inc. | 8.50 |
| 3322 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 09/21/2009 | Sign A Rama | 280.45 |
| 3358 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/06/2009 | Smartbooks Corp.(bookkeeping and cont.) | 2,192.00 |
| 3487 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 11/05/2009 | Smartbooks Corp.(bookkeeping and cont.) | 2,147.00 |
| 3576 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 12/04/2009 | Smartbooks Corp.(bookkeeping and cont.) | 2,102.00 |
|  | 6102 · RTN Value checking 510920-2 |  |  | Suburban Propane | 150.00 |
| 3293 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 09/11/2009 | Suntrust - 1425 164-166 Washington | 2,404.11 |
| 3373 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/07/2009 | Suntrust - 1425 164-166 Washington | 2,404.30 |
| 3461 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 11/02/2009 | Suntrust - 1425 164-166 Washington | 2,404.30 |
| 3583 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 12/07/2009 | Suntrust - 1425 164-166 Washington | 2,491.38 |
| 3460 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 11/02/2009 | Terminix Commercial | 900.00 |
| 3330 | 6102 · RTN Value checking 510920-2 | Transfer | 09/24/2009 | The Piano Man | 424.09 |
| 3494 | 6102 · RTN Value checking 510920-2 | Transfer | 11/06/2009 | The Piano Man | 2,650.00 |
| 3314 | 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 09/17/2009 | The Providence Mutual Fire( Resid.Prop.) | 6,451.30 |

| Account | Type | Date / Description | Amount |
|---|---|---|---|
| 3580 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 12/07/2009 The Providence Mutual Fire( Resid.Prop.) | 7,109.00 |
| 3298 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 09/11/2009 Time Warner Cable 830903404 | 112.47 |
| 3418 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/16/2009 Tracy, Susan (Suzie's painting) | 737.50 |
| 3440 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/27/2009 Tracy, Susan (Suzie's painting) | 1,150.00 |
| 3497 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 11/06/2009 Tracy, Susan (Suzie's painting) | 500.00 |
| 3542 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 11/23/2009 Tracy, Susan (Suzie's painting) | 1,487.50 |
| 3554 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 11/30/2009 Tracy, Susan (Suzie's painting) | 525.00 |
| 3586 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 12/08/2009 Tracy, Susan (Suzie's painting) | 925.00 |
| 3432 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/26/2009 TRB & Associates | 1,000.00 |
| 3388 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 10/09/2009 Ultraguard | 401.70 |
| 3337 6102 · RTN Value checking 510920-2 | Bill Pmt -Check | 09/30/2009 Waltham, City of (Taxes) 721MAIN ST Pers. | 36.07 |
| 3341 6102 · RTN Value checking 510920-2 | General Journal | 09/30/2009 | 1,100.00 |
| 3459 6102 · RTN Value checking 510920-2 | General Journal | 10/31/2009 | 303.20 |
| 3667 6102 · RTN Value checking 510920-2 | Check | 12/02/2009 | 4,900.00 |