# United States Bankruptcy Court
## District of Massachusetts

In re    Robert Lupo    Case No.    09-21945
         Debtor         Chapter     11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:
   ............................................................................. Undetermined

   Prior to the filing of this statement I have received:
   ............................................................................. $17,346.50*

   Balance Due:
   ............................................................................. Amounts as approved by the Bankruptcy Court

2.    The source of the compensation paid to me was:
      ■ Debtor         ☐ Other (specify):

3.    The source of compensation to be paid to me is:
      ■ Debtor         ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreeement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

            a    Advise the Debtor with respect to his rights, powers and duties as debtor-in-possession in the continued operation of his business and management of his assets;

---

* Hanify & King was paid $25,000 by the Debtor prior to the petition date; of this amount $7,653.50 was applied against amounts owing for prepetition services, leaving an unapplied balance of $17,346.50.

  b Advise the Debtor with respect to any plan of reorganization and any other matters relevant to the formulation and negotiation of a plan or plans of reorganization in the case;

  c Represent the Debtor at all hearings and matters pertaining to his affairs as debtor and debtor-in-possession;

  d Prepare, on the Debtor's behalf, all necessary and appropriate applications, motions, answers, orders, reports, and other pleadings and other documents, and review all financial and other reports filed in this Chapter 11 case;

  e Advise the Debtor with respect to, and assist in the negotiation and documentation of, financing agreements, debt and cash collateral orders and related transactions;

  f Review and analyze the nature and validity of any liens asserted against the Debtor's property and advise the Debtor concerning the enforceability of such liens;

  g Advise the Debtor regarding his ability to initiate actions to collect and recover property for the benefit of its estate;

  h Advise and assist the Debtor in connection with any potential property dispositions;

  i Advise the Debtor concerning executory contract and unexpired lease assumptions, lease assignments, rejections, restructurings and recharacterization of contracts and leases;

  j Review and analyze various claims of the Debtor's creditors and the treatment of such claims and the preparation, filing or prosecution of any objections to claims;

  k Commence and conduct any and all litigation necessary or appropriate to assert rights held by the Debtor, protect assets of the Debtor's Chapter 11 estate or otherwise further the goal of completing the Debtor's successful reorganization other than with respect to matters to which the Debtor retains special counsel; and

  l Perform all other legal services and provide all other necessary legal advice to the Debtor as debtor-in-possession which may be necessary in the Debtor's bankruptcy proceeding.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

  i. Services to be rendered by other professionals retained in the case.

## CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


Dated: January 12, 2009

                                                      _____
Andrew G. Lizotte
Hanify & King, P.C.
One Beacon Street
Boston, MA 02108
(617) 423-0400

551274