# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:** ) ) ) **ROBERT N. LUPO,** ) ) **Debtor.** ) ) ) | **Chapter 11** **Case No. 09-21945-FJB** |

## MOTION BY DEBTOR FOR ENTRY OF ORDER AUTHORIZING THE SALE OF CONDOMINIUM UNITS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, AND FOR RELATED RELIEF

To the Honorable Frank J. Bailey, United States Bankruptcy Judge:

Pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 6004 and MLBR 6004-1, Robert N. Lupo, the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby requests entry of an order authorizing the Debtor to sell by private sale ("Private Sales") his interest in five (5) residential condominium units (the "Condominiums"), free and clear of all liens, claims, interests and encumbrances. The Debtor requests authority to sell the Condominiums and to pay costs associated with each Private Sale, including real estate co-broker commissions, unpaid real estate taxes and condominium fees associated with each unit, and customary closing costs (collectively, the "Closing Costs"). The Condominiums are all located in the same residential complex and are expected to have a well defined range of values; accordingly, and in light of the Debtor's business of managing and operating residential and commercial properties, the Debtor requests authority to conduct such sales in the ordinary course without further Court approval, provided that the sale price for each unit is not less than $100,000. In further support of the instant motion (the "Motion"), the Debtor states as follows:

## BACKGROUND

1. On December 10, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (the "Court").

2. No trustee or examiner has been appointed, and no official committee of unsecured creditors has been appointed in the case. The Debtor continues to operate his business and manage his property as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. The Debtor owns and/or manages a total of approximately thirty-one (31) commercial, residential, and mixed use properties in Weston, Wayland, Lincoln, Newton, Waltham, and Acton, Massachusetts, and on Cape Cod, in New Hampshire and, in Maine. The Debtor is also president and sole shareholder of The Piano Man, Inc., a seller of new and pre-owned pianos in Waltham, Massachusetts and operates a real estate brokerage.

4. The bankruptcy filing was necessitated by the pendency of foreclosure actions against five (5) of the Debtor's properties. Through this proceeding, the Debtor intends to renovate certain properties to improve occupancy rates and cash flow, and to potentially sell or refinance certain others to reduce his total indebtedness. The goal and purpose of this proceeding is to allow the Debtor sufficient time to restructure his indebtedness, to satisfy the claims of creditors, and to preserve the substantial value of his properties which have been accumulated over three decades.

5. The Debtor's interest in real property includes a one hundred percent (100%) ownership interest in five residential condominiums located in the Briarbrook development in Acton, Massachusetts, identified as follows: 21 Davis Street, Unit C11; 17 Davis Street, Unit

A15; 17 Davis Street, Unit B8; 17 Davis Street, Unit C9; and 19 Davis Street, Unit C16. The Condominiums consist of one and two-bedroom units.

### RELIEF REQUESTED

6. Pursuant to 11 U.S.C. §363(c) and (f), the Debtor seeks entry of an order authorizing him to sell the Condominiums free and clear of liens, claims, and encumbrances, and to pay Closing Costs from the sale proceeds. Any liens on the sold units will attach to the proceeds of sale, net of Closing Costs, with the same validity, priority, and extent as existed prior to the Petition Date.

7. Given the size of the Briarbrook development (350 units), the Condominiums have a relatively stable and predictable market as units are sold on a regular basis. Over the past several months, unit sale prices have ranged from $94,000 to $130,000. By this motion, the Debtor requests authority to sell the Condominiums in the ordinary course without further Court approval, and to dispense with the necessity of soliciting counteroffers, provided that the sale price is not less than $100,000 for any unit. In the event the proposed sale price were less than $100,000, the Debtor proposes that a motion be filed subject to further notice and opportunity for higher bids. The proposed relief will provide certainty and clarity to the market and will conserve the resources of the parties and this Court that would otherwise be expended in securing Court approval separately for each unit sale.

8. The Debtor is a licensed real estate broker and intends to serve as listing agent for the sales. The Debtor intends to list the Condominiums in a manner designed to maximize the recovery from the sales and to close sales in the optimal time period.[1] By this motion, the Debtor also requests authority to pay a co-broker from the proceeds of any sale.

---

[1] For example, the Debtor may elect to initially place two units on the market (a one bedroom unit

### LIENS AGAINST THE CONDOMINIUMS

9. Bank of America allegedly has a first mortgage on each of the Condominiums to secure payment of promissory notes in the approximate amount of $50,000 on each Condominium, or an aggregate obligation of $250,000. Upon information and belief, New England Phoenix Company, Inc. ("NEPCO"), asserts an attachment, as assignee of Sovereign Bank, in the approximate amount of $110,000 on real property owned by the Debtor and located in Middlesex County, which would encompass the Condominiums as well as numerous other real properties owned by the Debtor. The Debtor reserves all rights respecting the validity, priority, and extent of any liens asserted against the Condominiums.

10. The sale of the Condominiums will reduce the Debtor's aggregate indebtedness and generate funding available to be deployed in conjunction with his reorganization. Good cause exists for entry of the requested relief.

### NOTICE

11. The Debtor intends to serve this Motion on all creditors and parties in interest.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order:

(A) Pursuant to 11 U.S.C. § 363(c) and (f), authorizing the Debtor to sell the Condominiums in the ordinary course of business, free and clear of liens, claims, encumbrances and interests, as described in this Motion, with such liens to attach to the net proceeds of sale to the extent of their validity, perfection and priority, without further notice or hearing provided that the sale price for each such unit is not less than $100,000;

(B) Authorizing the Debtor to pay the Closing Costs from the sale proceeds without further order of the Court;

(C) Authorizing the Debtor to pay any co-broker as necessary to facilitate the sale of the Condominiums; and

---

and a two bedroom unit) so as to minimize the time required to close a sale and to avoid market saturation.

4

(D)  Granting such other and further relief as this Court deems just and proper.

ROBERT N. LUPO,

By his counsel,

Dated: May 5, 2010

/s/ Andrew G. Lizotte
Harold B. Murphy BBO 362610
Andrew G. Lizotte BBO 559609
HANIFY & KING,
Professional Corporation
One Beacon Street
Boston, MA 02108
Telephone: (617) 423-0400
Facsimile: (617-423-0498
Email: agl@hanify.com

560465

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>**ROBERT N. LUPO**<br><br>Debtor | **Chapter 11**<br><br>**Case No. 09-21945-FJB** |

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that I have this day caused to be served a copy of the following document as indicated on the attached service list:

- Motion by Debtor for Entry of Order Authorizing the Sale of Condominium Units Free and Clear of Liens, Claims, and Encumbrances, and for Related Relief

Dated: May 5, 2010

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
HANIFY & KING,
Professional Corporation
One Beacon Street
Boston, MA 02108
Telephone: (617) 423-0400
agl@hanify.com

562408

Robert Lupo
Long Service List – LABELS
#549322

BY ECF:

- Harvey Alford    attorneys@alfordandbertrand.com (Represents Alford & Bertrand, LLC)
- Eric K. Bradford    Eric.K.Bradford@USDOJ.gov
- Richard C. Demerle    rd@masatlaw.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Jason Giguere    mabk@harmonlaw.com, mabk@harmonlaw.com
- Peter J. Haley    peter.haley@nelsonmullins.com, jean.jandrys@nelsonmullins.com
- Deirdre M. Keady    mabk@harmonlaw.com (Represents Sun Trust, Wachovia Bank)
- John C. LaLiberte    jclaliberte@sherin.com
- Richard T. Mulligan    mabk@harmonlaw.com (Represents Bank of America & Suntrust)
- Nicholas J. Nesgos    nnesgos@pbl.com (Represents Rockland Trust)
- Julie A. Ranieri    bankruptcy@kordeassoc.com (Represents Merrill Lynch, HSBC Bank)
- David J. Reier    dreier@pbl.com (Represents Rockland Trust)
- Nicole Starck    Nicole@starcklaw.com (Represents E-Z Oil Co.)
- Amy Lipman-White    alipman-white@stantondavis.com (Represents JP Morgan Chase)
- Anne J. White    awhitetrustee@jdemeo.com

**VIA EMAIL:**

Scanlon Tech Com.
101 Middlesex Turnpike
Suite 6
Burlington MA  01803-4914
Email:  sta@scanlontech.com

Gary Chandler
RTN Federal Credit Union
600 Main Street
Waltham MA  02452
Email:  gchandler@rtn.org

Lisa Jacobs
c/o Leslie Greer, Esq.
875 Massachusetts Avenue, Suite 31-33
Cambridge MA  02139
Email:  lbgatt@earthlink.net

Joe M. Lozano, Jr., Esq. (counsel to Litton Loan & American Home Mortgage Servicing Inc.)
Brice, Vander, Linden & Wernick, PC
9441 LBJ Freeway, Suite 350
Dallas, TX  75243
Email:  notice@bkcylaw.com

Jennifer Norman, Esq.
Harmon Law Offices
150 California Street
Newton MA  02458
Email:  jnormand@harmonlaw.com

Lisa Jacobs
PO Box 488
Weston, MA 02493
Email:  lisajacobs8@hotmail.com

Saco & Biddeford Savings Institution
c/o William S. Kany, Esq.
Smith Elliot Smith & Garmey
199 Main Street
Saco, ME  04072
Email:  wkany@sesg.com

Saco & Biddeford Savings Institution
c/o William S. Kany, Esq.
Smith Elliot Smith & Garmey
199 Main Street
Saco, ME  04072
Email:  kkonkoly@sesg.com

RTN Federal Credit Union
600 Main Street
Waltham MA  02451

Metro Swift Sprinkler Corp.
56 R. Pulaski St.
PO Box 3007
Peabody MA  01960

Lexington Alarm Company
9 Alfred Circle
Bedford MA  01730-2347

Quincy Mutual Fire Insurance
PO Box 699150
Quincy MA  02269-9150

NStar
One NStar Way, SW200
Westwood MA  02090

Option One
10333 Richmond Avenue
Houston TX  77042

Sovereign Bank
75 State Street
Boston, MA  02109

Adrian and Lysa Wilkins
c/o Dakoyannis & Sherring, LLC
Attn: Louis J. Dakoyannis
91 Providence Highway, Suite 250
Westwood, MA  02090

Town of Waltham
Water & Sewer
PO Box 540190
Waltham MA  02454

Godino & Company
Commercial Real Estate Services
225 Riverview Avenue, Suite 101
Auburndale, MA  02466

N.J.B. Inc.
ATT:  Sam Kaufman
10 Lantern Lane
Wrentham MA  02193

Squared Away
23 Lombard Street
Newton MA  02458-2513

Bayview Loan Servicing
4425 Ponce de Leon Blvd.
5th floor
Coral Gables, FL  33146

Lease Finance Group, LLC
132 West 31st Street, 14th Floor
New York, NY 10001
Attn.: Corinna Mahabeir

Meredith Village Savings Bank
ATT:  Cindy Harper
24 State Route 125
PO Box 177
Meredith NH  03253

New England Phoenix
337 Freeport Street
Dorchester, MA  02122

Burns & Levinson
125 Summer Street
Boston, MA 02110-1624

MA DOR
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Cohn & Dussi LLC
300 Trade Center
Woburn, MA 01801

Internal Revenue Service
Special Procedures Function STOP 20800
P.O. Box 9112
JFK Building
Boston, MA 02203

E-Z Oil
c/o Nicole Starck, Esq.
6 Lexington Street
Waltham, MA 02452

Paradise Painting Company
28 Summit Road
Stoneham MA 02180

Travelers Insurance
ATTN: Consumer Affairs
One Tower Square
Hartford, CT 06183

John Wright
48 A Street
Framingham, MA 01701

ASAP Drains, Inc.
405A Essex Street
Salem, MA 01970

Garrity Levin and Muir LLP
Attn.: W. Arthur Garrity
1 Center Plaza
Boston, MA 02108

Altman & Altman LLP
Attn.: Isaac Peres
689 Massachusetts Avenue
Cambridge, MA 02139

Commonwealth of Massachusetts
Division of Unemployment Assistance
Bankruptcy Unit, 5th Floor, Attn: Chief Counsel
19 Staniford Street
Boston, MA 02144-2502

United States Attorney
John Joseph Moakley United States Courthouse
One Courthouse Way, Ste. 9200
Boston, MA 02210

Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

Louis L. Coilfi
4 Marshall Street
Nutting Lake, MA 01865

Chaiyarerk Kamoisiri
12 Lowell Court
Medford MA 02155

Advanced Abatement & Insulation
20 Plymouth Road
Peabody, MA 01960

Advantage Commericial Cleaning
738 Main Street
#233
Waltham, MA 02451

America Servicing Co.
PO Box 1820
Newark, NJ 07101

Best Deal Appliance Service
72 Turnpike Road
PO Box 3304
Fayville, MA 01745

Barry Bros. Disposal
PO Box 650040
West Newton, MA 02465

Briarbrook Village Condominium Assoc.
21 Davis Road
Acton, MA 01720

Board of Bar Overseers
99 High Street
Boston MA  02110

Boston Bar Association
16 Beacon Street
Boston MA  02108

Bowditch & Dewey, LLP
c/o Mark Powers, Esq.
331 Main Street
Worcester, MA  01608-1552

Brecher Wyner Simons Fox & Bolan
100 Wells Avenue
Newton Center MA  02459-3210

Bowditch & Dewey
P.O. Box 15156
Worcester, MA 01615

Budget Installment Corp.
PO Box 9153
Garden City, NY 11530

Brockton Mechanical Services
PO Box 223
Avon, MA 02322

Cahill Roofing
61 Upton Road
Waltham, MA 02451

Burns & Levinson
125 Summer Street
Boston, MA 02110

City of Newton
PO Box 9137
Newtonville, MA 02460

City of Biddeford
PO BOx 16004
Lewiston, ME 04243

City of Newton
Water & Sewer Division
PO Box 9138
Newtonville, MA 02460

Cellai Law Offices PC
355 Congress Street
Suite 2B
Boston MA  02210-1818

Center Harbor Dock & Pier LLC
173 Lakeshore Drive
Moultonborough NH  03254

Cia Ditomasso
337 Washington Street
#9
Newton, MA 02458

Cingular One
PO Box 6463
Carol Stream, IL 60197-6434

Cohn & Dussi LLC
300 Trade Center
Woburn, MA 01801

Commerce Insurance Co.
221 Tower
11 Gore Road
Webster, MA 01570

Division of Medical Assistance
Office of Health & Human Services
One Ashburton Place, 11th Floor
Boston MA 02108

Daniel J. Finn, Esq.
60 Walnut Street
Wellesley Hills, MA 02481

Florida Bar
651 E. Jefferson Street
Tallahassee, FL 32399-2300

Erin Blatti
94 Conwell Avenue
Somerville, MA 02144-1221

Hendren Design Associates
119 Braintree Street
Suite 315
Allston, MA 02134

Comcast
PO Box 1577
Newark, NJ 07101

City of Waltham
City Clerk
City Hall, Second Floor
610 Main Street
Waltham MA 02451

Dead River Company
PO BOx 6100
Lewiston, ME 04243

Greenpoint
PO Box 1093
Branford, CT 06405

Domenico & Matilda DiFiore
c/o Darcy Kirkpatrick, Esq.
Rodman, Walker & DiMarco
350 Main Street
Malden, MA 02148

Jason Foley
9 Sparrow Street
West Roxbury, MA 02132

Joe McConnell, Esq.
200 State Street
Boston MA 02109

Joseph A. Bryson, Jr.
751 Main Street
Waltham, MA 02451

Lim Charles Nehemia
24 Whites Avenue, Apt. 51
Watertown, MA 02472-4324

Korg USA Inc.
316 South Service Road
Melville, NY 11747-3201

Jonny Harding
17 Perley Street
Lynn, MA 01905

Lexington Alarm Company
9 Alfred Circle
Bedford, MA 01730

Magestic Cleaning Co
Melvin Lopez
75 Lakeview Terrance
Waltham, MA 02451

Massachusetts Bar Association
20 West Street
Boston MA 02111-1204

Maid Pro
455 Massachusetts Avenue
2nd Floor
Arlington, MA 02474

Melissa Owens
11 Elson Road
Waltham MA 02451

Morris & Morris, PC
32 Kearney Road
Needham Heights, MA 02494

NCO Financial Systems
PO Box 15889
PA 15889

Lease Financial Group LLC
PO Box 7861
New York, NY 10116

Maid Pro
19 Tech Circle
Natick, MA 01760

Monadnock Mt. Spring Water
Blue Hills Spring Water Co.
134 Penn Street
Quincy, MA 02168

Myesa Vanover
Orange Street
Waltham, MA 02451

Massachusetts Department of Revenue
Bankruptcy Unit
100 Cambridge St., 7th Fllor
Boston MA 02114-9564

NStar
PO Box 4508
Woburn, MA 01888

Ogilvies
B.L. Ogilvie & Sons Inc.
39 Warren Avenue
Weston MA 02493

New England Phoenix
337 Freeport Street
Boston, MA 02122

One Communications
PO Box 981039
Boston, MA 02298

National Grid
PO Box 4300
Woburn, MA 01888

New Hampshire Electric Co-Op
PO Box 9612
Manchester, NH 03108

Option One
10333 Richmond Avenue
Houston, TX 77042

Peter Kovalko
59 Bonair Street
Somerville, MA 02145

Ramsay Brothers, Inc.
150 Prospect Street
Waltham, MA 02453

Robert Hartin
300 Grove Street, #300
Braintree, MA 02184

Securities & Exchange Commission
15th & Pennsylvania Ave NW
Washington, DC 20020

Smartbooks Corp.
PO Box 1474
Concord, MA 01742

Todd & Weld, LLP
28 State Street
Boston MA  02109

PJ Floor Sanding
97 Baxter Avenue
Quincy, MA 02169

Pitney Bowes
PO Box 856460
Louisville, KY 40285

Robert Grimes
98 Stromquist Avenue
Unit B
Lowell, MA 01852

Rucci, Bardaro & Barrett PC
420 Bedford Street
#270
Lexington, MA 02420

Securities and Exchange Commission
Boston District Office
33 Arch Street
23rd Floor
Boston, MA 02110

Stanley Steamer
PO Box 195
Marlborough, MA 01752

Superior Masonry
175 River Street
Waltham, MA 02453

Total Formal Oil Company
PO Box 541165
Waltham, MA 02454

Town of Biddeford
205 Main Street
Biddeford, ME  04005

Tech Networks
574 Dorchester Avenue
Boston, MA 02127


Town of Moultonborough
6 Holland Street
Moultonborough, NH 03254


Town of Waltham
Water & Sewer
PO Box 540190
Waltham, MA 02454


Washington Mutual
PO Box 78148
Phoenix, AZ 85062


Cronin Plumbing
c/o Howard Rock, Esq.
411 Waverly Oaks Road
Waltham, MA 02452


The Boston Globe
135 Morrissey Blvd.
Boston MA 02125


Robert J. Pomerene, Esq.
8 Sky Reach
Plymouth MA 02360


Home Depot
First Avenue
Waltham, MA 02451


LocalTel
Riverview Corporate Center
27200 Riverview Center Blvd.
Bonita Springs, FL 34134


Town of Waltham
Water & Sewer
PO Box 540190
Waltham, MA 02454


Town of Wayland
Wayland Town Building
41 Cochituate Road
Wayland, MA 01778-2614


Verdolino & Lowey, PC
Pine Brook Office Park
124 Washington Street
Foxboro MA 02035


Home Suites
c/o Richard Dacey, Esq.
Dacey & Dacey, P.C.
707 Main Street
Waltham, MA 02451


Joseph I. Rogers, Esq.
Gillis & Bikofsky, PC
1150 Walnut Street
Newton MA 02461


George E. DeLallo Company Inc.
ATTN: Deborah Gerber, Accounts Recei
938 South Center Avenue
Mt. Pleasant PA 15666


Ogilvie's
B.L. Ogilvie & Sons Inc.
39 Warren Avenue
Weston MA 02493


Cingular Wireless
PO Box 6463
Carol Stream, IL 60197-6434


Verizon
PO Box 1100
Albany NY 12250-0001

Diana Hodges
Jerry Hodges
2 Summit Avenue
Winchester, MA  01890

Community Newspaper Company
PO Box 9113
Needham MA  02492-9113

Staples – Waltham Plaza
800 Lexington Street
Waltham, MA  02451

Wayland Police Department
38 Cochituate Road
Wayland, MA  01778

ADT Security Services
c/o Law Offices of Barry Serota & Associates
P.O. Box 1008
Arlington Hts., IL  60006

Town of Mashpee
Mashpee Town Hall
16 Great Neck Road
North, Mashpee, MA  02649

Wells Fargo Bank, NA
d/b/a America's Servicing Company
3476 Stateview Blvd
Fort Mill, SC  29614

Greenpoint Mortgage Funding, Inc.
100 Wood Hollow Drive
Novato, CA  94945

Union Capital Mortgage Business Trust
1137 N. Main Street
Randolph MA  02368-2126

Department of Revenue
PO Box 7010
Boston MA  02204

WB Mason
647 Summer Street
Boston MA  02210

Ultraguard
18 North Maple Street
Woburn MA  01801

Bowditch & Dewey, LLP
c/o Don Cordell, Esquire
175 Crossing Boulevard, Suite 500
Framingham, MA  01702

CM IT Solutions
Ethan & Associates
800 N. Causeway Blvd
3rd Floor
Mandeville, LA  70448

The Federal Savings Bank
716 Main Street
Waltham, MA  02451

Mortgage Electronic Registration Systems
P.O. Box 2026
Flint, MI  48501-2026

Countrywide
P.O. Box 10334
Van Nuys, CA  91410-0334

Citizens Bank
Corporate Offices
Bankruptcy Department
28 State Street
Boston MA  02109

America's Servicing Company
c/o McCalla Raymer, LLC
ATTN: A. Michelle Hart, Esq.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

New England Phoenix Company, Inc.
c/o John Keough
25 Fisher Avenue
Brookline, MA 02445

Vermont Mutual
P.O. Box 188
Montpelier, VT 05601

Kathleen T. Konkoly, Esq.
Smith Elliott Smith & Garmey
199 Main Street, PO Box 1179
Saco, ME 04072

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami FL 33131-1605
ATTN: Ramesh Singh

New England Phoenix Company, Inc.
337 Freeport Street
Boston, MA 02122

Transaction Associates
709 Main Street
Waltham, MA 02451

Bayview Loan Servicing, Inc.
c/o Richard C. Demerle, Esq.
Paul Michienzie, Esq.
Michienzie & Sawin, LLC
745 Boylston Street
Boston MA 02116

**Tenants:**

Janet Diaz
10 Edgewater Park
Newton MA 02158

Barbara Paul
10B Nathan Road
Waltham MA 02154

James McCray
12 B Nathan Road
Waltham MA 02154

Grant Home
164 Washington Street
Newton MA 02158

Allen Dobbins
10A Nathan Road
Waltham MA 02154

William Fenzel
12A Nathan Road
Waltham MA 02154

Lucy Delcid
126 Florence Road
Waltham MA 02154

John Gilbert
17 Davis Road
Unit C9
Acton MA 01720

John Suess  
17 Davis Road  
Unit A15  
Acton MA  01720

Christine Cannistrato  
17 Davis Road  
Unit B8  
Acton MA  01720

Brian Lam  
Brian Wong  
19 Davis Road, Unit c16  
Acton MA  01720

Suzanne Hill  
23 Davis Road  
Unit C11  
Acton MA  01720

Karthryn McBirney  
20A Vernon Street  
Waltham MA 02154

Betty Vega  
236 Linwood Avenue  
Newtonville MA  02160

Synthia Pererya  
25 Melville Ave  
Newton MA   02158

Elizabeth Caliri  
26 School Avenue  
Waltham MA  02154

Luz Ferrer  
26.5 School Avenue  
Waltham MA  02154

Theresa Collins  
28 School Avenue  
Waltham MA  02154

Miriam Alfaro  
30 School Avenue  
Waltham MA    02154

David All-Terrain-Kulow  
720 Main Street  
Waltham MA  02154

Marilyn Tullis  
32A Dartmouth St  
Waltham MA  02154

Edith Morales  
32B Dartmouth Street  
Waltham MA  02154

Manuel Garzona  
45A South Street  
Waltham MA  02154

Elbeih Juga Osmani  
45B South Street  
Waltham MA  02154

Bob Boudrot  
45 South Street Garage  
Waltham MA  02154

Patricia Richmond  
60A Orange Street  
Waltham MA  02154

Oswaldo Saez
60B Orange Street
Waltham MA  02154

Stephan & Ann Hughes
62A Orange Street
Waltham MA  02154

Arthur Kelly
62B Orange Street
Waltham MA  02154

Ann E. Herzog
700 Boston Post Road
Weston MA  02193

Ratner
723 Main Street
Waltham MA  02154

Keltron
91 Felton Street
Waltham MA  02154

David & Chrissie Cinquegrano
91A Hammond Street
Waltham MA  02154

Edith Mora
93A Hammond Street
Waltham MA  02154

Christian Lemus
938 Hammond Stret
Waltham MA  02154

Lysa & Adrian Wilkins
213 Boston Post Road
Wayland MA  01778

Maritza Vega
97 Hamilton Road
Waltham MA  02154

French
9 Sky Harbor
Biddeford, ME  04005

Ptaszek
9 Sky Harbor
Biddeford, ME  04005

Brennan
9 Sky Harbor
Biddedford, ME  04005

Fine Finish
50 Sun Street
Waltham, MA  02453