UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| ROBERT N. LUPO, ) | Case No. 09-21945-WCH |
| ) | |
| Debtor. ) | |

## MOTION OF DEBTOR TO EMPLOY STEWART F. GROSSMAN AND THE LAW FIRM OF LOONEY & GROSSMAN LLP AS COUNSEL

The above named debtor (the "Debtor"), respectfully requests that this Court enter an Order authorizing the employment of Stewart F. Grossman, and the law firm of Looney & Grossman LLP ("Counsel") as successor counsel to the Debtor in these proceedings. In support hereof, the Debtor states as follows:

1. On December 10, 2009, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code.

2. From the time of the filing of his petition to the present, the Debtor has employed the law firm of Hanify & King, P.C. Such employment was approved by this Court on January 4, 2010.

3. On June 18, 2010, Hanify & King, P.C. filed a motion to withdraw as counsel to the Debtor. A hearing on such motion is scheduled for June 29, 2010 at 9:30 a.m.

4. Because of the foregoing, the Debtor wishes to employ Stewart F. Grossman and the law firm of Looney & Grossman LLP as his successor counsel in the Chapter 11 case.

5. Counsel will represent the Debtor for compensation, subject to the approval of this Court, at the usual hourly rates of each member and employee of Counsel rendering services, and for

reimbursement of expenses incurred by Counsel. The current hourly rate of attorney Stewart F. Grossman is $485, that of attorney Adam J. Ruttenberg is $350, and that of attorney Michael S. Siedband is $215. Such rates are subject to periodic adjustment.

6. Filed herewith is the Affidavit of Stewart F. Grossman, setting forth all of Counsel's connections with the Debtor, creditors or other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

7. The Debtor believes that it is in his and his estate's best interest to employ Stewart F. Grossman and the law firm of Looney & Grossman LLP as successor counsel to the Debtor in this proceeding.

WHEREFORE, the Debtor respectfully requests that the Court:

1.  Enter an Order authorizing the Debtor to employ Stewart F. Grossman and the law firm of Looney & Grossman LLP as successor counsel to the Debtor in these proceedings; and

2.  Grant such other and further relief as is just and proper.

Respectfully submitted,

ROBERT N. LUPO,

By his proposed successor counsel,

/s/ Stewart F. Grossman
Stewart F. Grossman BBO #213280
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, Massachusetts 02110
(617) 951-2800
sgrossman@lgllp.com

Dated: June 28, 2010

## CERTIFICATE OF SERVICE

I, Stewart F. Grossman, hereby certify that on June 28, 2010, a true copy of **Motion of the Debtor to Employ Stewart F. Grossman and the Law Firm of Looney & Grossman LLP as Successor Counsel** (with **Affidavit of Stewart F. Grossman in Support of Debtor's Motion to Employ Stewart F. Grossman and the Law Firm of Looney & Grossman LLP as Successor Counsel** attached thereto) was served on the following by first-class mail, postage prepaid (and by email where indicated):

America's Servicing Company
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Home Mortgage Servicing, Inc.
1525 S. Beltline Road, Suite 100 N
Coppell, TX 75019
notice@bkcylaw.com

E-Z Oil Company
P.O. Box 541418
Waltham, MA 02451-1418
nicole@starcklaw.com

Michael Gillis
Gillis & Bikofsky, P.C.
1150 Walnut Street
Newton, MA 02461

Robert T. Grimes
98 Stromquist Avenue, #8
Lowell, MA 01852

Lisa Jacobs
PO Box 488
Weston, MA 02493
lbgatt@earthlink.net
lisajacobs8@hotmail.com

Kathleen T. Konkoly
Smith Elliot Smith & Garmey
199 Main St.
PO Box 1179
Saco, ME 04072
kkonkoly@sesg.com
wkany@sesg.com

Lexington Alarm Systems
9 Alfred Circle
Bedford, MA  01730
dhughes@lexingtonalarm.com

Litton Loan Servicing, LP
P.O. Box 829009
Dallas, TX 75382-9009
notice@bkcylaw.com

Carroll M. Lowenstein
423 Mystic St.
Arlington, MA 02474

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

Nicole Starck
6 Lexington St., 3rd Fl.
Waltham, MA 02452
nicole@starcklaw.com

Thomas D. Godino & Company, Inc.
225 Riverview Avenue, Suite 101
Newton, MA  02466
tgodinosr@godinoco.com

Verdolino & Lowey, P.C.
124 Washington Street
Suite 301
Foxborough, MA 02035

The undersigned understands the following persons received e-mail notice of such filing:

- Harvey Alford    attorneys@alfordandbertrand.com
- Paula R.C. Bachtell    paula.bachtell@usdoj.gov
- Eric K. Bradford    Eric.K.Bradford@USDOJ.gov
- Alexander L. Cataldo    alcpc@verizon.net
- Richard C. Demerle    rd@masatlaw.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Jason Giguere    mabk@harmonlaw.com, mabk@harmonlaw.com
- Peter J. Haley    peter.haley@nelsonmullins.com, jean.jandrys@nelsonmullins.com
- Deirdre M. Keady    mabk@harmonlaw.com
- John C. La Liberte    JCLaLiberte@sherin.com, sworfolk@sherin.com
- Amy Lee Lipman-White    alipmanwhite@stantondavis.com, lparry@stantondavis.com; ladams710@hotmail.com
- Andrew G. Lizotte    agl@hanify.com, bankruptcy@hanify.com; pas@hanify.com; ddk@hanify.com; agl@hanify.com
- Richard T. Mulligan    mabk@harmonlaw.com
- Nicholas J. Nesgos    nnesgos@pbl.com
- Julie A. Ranieri    bankruptcy@kordeassoc.com
- David J. Reier    dreier@pbl.com
- Natalie B. Sawyer    nbs@hanify.com, icm@hanify.com
- Nicole Starck    nicole@starcklaw.com
- Mark S. Tilden    TildenM@aol.com, MarkSTilden@gmail.com
- Anne J. White    awhitetrustee@jdemeo.com

        /s/ Stewart F. Grossman
        Stewart F. Grossman

L:\7190\000\Pleadings Bankruptcy\01