# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Robert N. Lupo           **Case Number:** 09-21945           **Ch:** 11

**Matter:**
    #249 Motion filed by Assistant U.S. Trustee John Fitzgerald to Convert Case to Chapter 7 or to appoint a chapter 11 trustee and Request for Expedited Determination.   (P. Bachtell)
    #272 Response by Debtor    (A. Lizotte)
    #278 Objectin by Creditor RTN Federal Credit Union    (A. Cataldo)
    #282 Response in Support    (D. Reier)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

\_\_\_\_\_Granted \_\_\_\_\_ Denied \_\_\_\_\_ Approved \_\_\_\_\_Sustained

\_\_\_\_\_Denied \_\_\_\_\_ Denied without prejudice \_\_\_\_\_Withdrawn in open court \_\_\_\_\_Overruled

\_\_\_\_\_OSC enforced/released

\_\_\_\_\_Continued to:_____ For:_____

\_\_\_\_\_Formal order/stipulation to be submitted by: _____Date due:_____

\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference

\_\_\_\_\_Taken under advisement:  Brief(s) due_____  From_____

                     Response(s) due_____  From_____

\_\_\_\_\_Fees allowed in the amount of: $_____  Expenses of: $_____

\_\_\_\_\_No appearance/response by:_____

\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.  U. S. Trustee to appoint examiner forthwith.  Report as soon as possible per 1106 (a)  (3)and (4).

IT IS SO NOTED:                                       IT IS SO ORDERED:

*William C. Hillman* (signature)

_____          _____Dated:\_\_06/29/2010\_\_\_\_\_
Courtroom Deputy                       William C. Hillman, U.S. Bankruptcy Judge