# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Robert N. Lupo        **Case Number:** 09-21945        **Ch:** 11

**Matter:**
#338 Emergency Motion filed by Creditor Rockland Trust Company for Relief from Stay Re: 45 South St.; 719-723 Main St.; 22 Felton St.; 91 Felton St.; 32 Dartmouth St., Waltham, MA and immediate appointment of Trustee, or, in the alternative, for termination of exclusivity. Certificate of service and proposed order. Fee Amount $150. Objections due by 08/30/2010. (Attachments: (1) Exhibit A,

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____Granted _____ Denied _____ Approved _____Sustained

_____Denied _____ Denied without prejudice _____Withdrawn in open court _____Overruled

_____OSC enforced/released

_____Continued to:_____ For:_____

_____Formal order/stipulation to be submitted by: _____ Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement:  Brief(s) due_____ From_____

                                Response(s) due_____ From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Granted, to the extent of directing the appointment of a chapter 11 trustee.

IT IS SO NOTED:                IT IS SO ORDERED:

                               /s/ William C. Hillman      Dated: 08/18/2010
_____         _____
Courtroom Deputy               William C. Hillman, U.S. Bankruptcy Judge