# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Robert N. Lupo    **Case Number:** 09-21945    **Ch:** 11

**Matter:**
   #375 Order to Show Cause

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____Granted _____ Denied _____ Approved _____Sustained

_____Denied _____ Denied without prejudice _____Withdrawn in open court _____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by: _____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement:  Brief(s) due_____ From_____

                              Response(s) due_____ From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.  Case converted to chapter 7 effective 9/18/2010

IT IS SO NOTED:                IT IS SO ORDERED:

                               /s/ William C. Hillman    Dated: 09/15/2010
_____         _____
Courtroom Deputy               William C. Hillman, U.S. Bankruptcy Judge